UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
:
NMS 1539, LLC, *et al.*, :
:
                  Plaintiffs, :      22 Civ. 10811 (JPC) (KHP)
:
-v- :              ORDER
:
WELLS FARGO BANK N.A., *et al.*, :
:
                  Defendants. :
:
----------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

      As the Court has referred this matter to the Honorable Katharine H. Parker for general pretrial supervision, the Initial Pretrial Conference scheduled for January 25, 2023 is adjourned *sine die*.

      SO ORDERED.

Dated: January 20, 2023
       New York, New York

                                              JOHN P. CRONAN
                                       United States District Judge